JENNIFER CHUN BARRY (PA Bar No. 72961)
Email: barryj@sec.gov
ROBERT STILLWELL (Cal. Bar No. 308630)
Email: stillwellr@sec.gov
WENDY PEARSON (Cal. Bar No. 211099)
Email: pearsonw@sec.gov

Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy Jane Longo, Associate Regional Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> LIVE VENTURES INCORPORATED; JANONE INC. (f/k/a Appliance Recycling Centers of America, Inc.); JOHN ISAAC a/k/a JON ISAAC; KINGSTON DIVERSIFIED HOLDINGS LLC; and VIRLAND A. JOHNSON, <br><br> Defendants. | Case No. 2:21-cv-01433-JCM-VCF <br><br> **STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS (First Request)** |

  Plaintiff Securities and Exchange Commission ("SEC") and Defendants Live Ventures Incorporated, Janone Inc. (f/k/a Appliance Recycling Centers of America), John Isaac a/k/a Jon Isaac, Kingston Diversified Holdings LLC, and Virland A. Johnson ("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows to extend the current October 15, 2021 deadline for the SEC to respond to Defendants' Motions to Dismiss by 17 days pursuant to LR 1A 6-1, and that any reply shall be filed on November 15, 2021:

  WHEREAS, on August 2, 2021, the SEC filed the Complaint in the above-captioned action (ECF No. 1);

  WHEREAS, on August 10, 2021 Defendants waived service of the summons in this action (ECF Nos. 9-13);

  WHEREAS, on October 1, 2021, Defendants filed Motions to Dismiss the Complaint (ECF Nos. 22, 23, 34, & 35);

  WHEREAS, pursuant to Federal Rule of Civil Procedure 6(c)(1) and LR 7-2, responses to the Motions to Dismiss must be filed by October 15, 2021;

  WHEREAS, the Parties to this action, in the interest of the orderly management of this matter and to allow newly assigned SEC trial counsel enough time to respond to four Motions to Dismiss, have agreed to extend the SEC's time to file responses to the Motions to Dismiss by 17 days to November 1, 2021, and have also agreed that Defendants shall file any reply to the SEC's responses by November 15, 2021; and

  WHEREAS, this is the Parties' first stipulation to extend the SEC's time to file its responses to Defendants' Motions to Dismiss.

///
///
///
///
///
///
///

1

NOW, THEREFORE, the Parties stipulate that the SEC's time to file its responses to Defendants' Motions to Dismiss is extended 17 days, to November 1, 2021, and any reply by Defendants shall be filed by November 15, 2021.

Dated: October 6, 2021                                    Respectfully submitted,

/s/ Jennifer Chun Barry                                   /s/ John C. Hueston
Jennifer Chun Barry                                       John C. Hueston
Attorney for Plaintiff                                    Marshall A. Camp
SECURITIES AND EXCHANGE                                   Daniel C. Sheehan
COMMISSION                                                Attorneys for Defendants
                                                          LIVE VENTURES INCORPORATED and
                                                          JOHN ISAAC aka JON ISAAC

/s/ Tamara Beatty Peterson                                /s/ Dennis L. Kennedy
Tamara Beatty Peterson                                    Dennis L. Kennedy
David E. Astur                                            Rebecca L. Crooker
Attorneys for Defendants                                  Attorneys for Defendants
JANONE INC. and VIRLAND A. JOHNSON                        KINGSTON DIVERSIFIED HOLDINGS LLC


/s/ Sean T. Prosser
Sean T. Prosser
Attorney for Defendant
KINGSTON DIVERSIFIED HOLDINGS LLC


**IT IS SO ORDERED.**

_[signature]_
Honorable James C. Mahan
United States District Judge

Dated: October 7, 2021

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

>U.S. SECURITIES AND EXCHANGE COMMISSION,
>444 S. Flower Street, Suite 900, Los Angeles, California 90071
>Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On October 6, 2021, I caused to be served the document entitled **STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS (First Request)** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 6, 2021                              /s/ Jennifer Chun Barry
                                                   Jennifer Chun Barry

3

<u>**SEC v. Live Ventures Incorporated,** *et al.*</u>
**United States District Court – District of Nevada**
**Case No. 2:21-cv-01433-JCM-VCF**
**(LA-04829)**

<u>SERVICE LIST</u>

John C. Hueston, Esq. (served via e-filing)
Marshall A. Camp, Esq.
Daniel C. Sheehan, Esq.
Hueston Hennigan LLP
523 W 6th St Ste 400
Los Angeles, CA 90014
jhueston@hueston.com
mcamp@hueston.com
*Attorneys for Defendants Live Ventures, Inc. and John Isaac aka Jon Isaac*

Mark E. Ferrario, Esq. (served via e-filing)
Christopher R Miltenberger, Esq.
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
miltenbergerc@gtlaw.com
*Attorneys for Defendants Live Ventures, Inc. and John Isaac aka Jon Isaac*

Thomas A. Zaccaro, Esq. (served via e-filing)
Kyle Jones, Esq.
Paul Hastings
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
thomaszaccaro@paulhastings.com
*Attorneys for Defendants JanOne, Inc. and Virland A. Johnson*

Tamara Beatty Peterson, Esq. (served via e-filing)
David E. Astur, Esq.
Peterson Baker, PLLC
701 S. 7th Street
Las Vegas, NV 89101
tpeterson@petersonbaker.com
dastur@petersonbaker.com
*Attorneys for Defendants JanOne, Inc. and Virland A. Johnson*

Sean T. Prosser (served via e-filing)
Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
*Attorney for Kingston Diversified Holdings LLC*

Dennis L. Kennedy, Esq. (served via e-filing)
Rebeca L. Crooker, Esq.
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
DKennedy@BaileyKennedy.com
RCrooker@BaileyKennedy.com
*Attorneys for Kingston Diversified Holdings LLC*