TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
DAVID E. ASTUR, ESQ., Bar No. 15008
dastur@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

THOMAS A. ZACCARO (*Admitted Pro Hac Vice*)
thomaszaccaro@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

*Attorneys for Defendants*
*JANONE INC and VIRLAND A. JOHNSON*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     vs.<br><br>LIVE VENTURES INCORPORATED; JANONE INC. (f/k/a Appliance Recycling Centers of America, Inc.); JOHN ISAAC a/k/a JON ISAAC; KINGSTON DIVERSIFIED HOLDINGS LLC; and VIRLAND A. JOHNSON,<br><br>            Defendants. | Case No.:  2:21-cv-1433-JCM-VCF<br><br>**JOINT STIPULATION REGARDING EXTENSION OF TIME PURSUANT TO LR IA 6-1(A)**<br><br>**(FIRST REQUEST)** |

Plaintiff Securities and Exchange Commission ("Commission") and Defendants Live Ventures Incorporated, JanOne, Inc., John Isaac and Virland A. Johnson ("Defendants") stipulate to extend Defendants' time to respond to Plaintiff's Complaint to October 3, 2022.  Defendants are requesting this extension because they require additional time to adequately address each and every one of Plaintiff's claims.  This is the Parties' first stipulation extending Defendants' time to respond to the Commission's Complaint.

1  The Commission and Defendants understand this extension will not alter the date of any
2  event or any deadline already fixed by Court order.  Under Local Rule IA 6-1(a), the Commission
3  and Defendants submit this stipulation.

4  IT IS SO STIPULATED.

5  Dated this 21st day of September, 2022.     Dated this 21st day of September, 2022.

6  /s/ David E. Astur                          /s/ Lynn M. Dean

7  
TAMARA BEATTY PETERSON, ESQ.     GARY Y. LEUNG, ESQ.
Nevada Bar No. 5218              Cal. Bar No. 302928
tpeterson@petersonbaker.com      barryj@sec.gov
DAVID E. ASTUR, ESQ.             LYNN M. DEAN, ESQ.
Nevada Bar No. 15008             (Cal. Bar No. 205562)
dastur@petersonbaker.com         deanl@sec.gov
PETERSON BAKER, PLLC             WENDY PEARSON, ESQ.
701 S. 7th Street                (Cal. Bar No. 211099)
Las Vegas, NV 89101              pearsonw@sec.gov
Telephone:  702.786.1001
Facsimile:  702.786.1002         *Attorneys for Plaintiff SECURITIES AND EXCHANGE COMMISSION*

THOMAS A. ZACCARO, ESQ.
*Admitted Pro Hac Vice*
thomaszaccaro@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 213.683.6000
Facsimile:  213.627.0705

*Attorneys for Defendants*
*JANONE INC. and VIRLAND A. JOHNSON*

**PETERSON BAKER, PLLC**
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

2

Dated this 21st day of September, 2022.

/s/ Marshall A. Camp
_____
JOHN C. HUESTON, ESQ.
*Admitted Pro Hac Vice*
jhueston@hueston.com
MARSHALL A. CAMP, ESQ.
*Admitted Pro Hac Vice*
mcamp@hueston.com
HUESTON HENNIGAN LLP
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone: 213.788.4340

*Attorneys for Defendants*
*LIVE VENTURES INCORPORATED and JOHN ISAAC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-22-2022

3