1   Mark E. Ferrario (Nevada Bar No. 1625)
    ferrariom@gtlaw.com
2   Christopher R. Miltenberger (Nevada Bar No. 10153)
    miltenbergerc@gtlaw.com
3   GREENBERG TRAURIG, LLP
    10845 Griffith Peak Drive, Suite 600
4   Las Vegas, NV 89135
5   Telephone:    (702) 792-3773
    Facsimile:    (702) 792-9002
6

7   John C. Hueston (*pro hac vice*)
    jhueston@hueston.com
8   Marshall A. Camp (*pro hac vice*)
    mcamp@hueston.com
9   Daniel C. Sheehan (*pro hac vice*)
    dsheehan@hueston.com
10  HUESTON HENNIGAN LLP
    523 West 6th Street, Suite 400
11  Los Angeles, CA 90014
12  Telephone:    (213) 788-4340
    Facsimile:    (888) 775-0898
13

14  Attorneys for Defendants
    Live Ventures Incorporated and John Isaac a/k/a Jon Isaac

15

16                 **UNITED STATES DISTRICT COURT**

17                      **DISTRICT OF NEVADA**

18  SECURITIES AND EXCHANGE          Case No. 2:21-cv-01433-JCM-VCF
    COMMISSION,
19                                   **STIPULATION AND PROPOSED**
              Plaintiff,             **ORDER TO CONTINUE DISCOVERY**
20
         vs.                         **(Second Request)**
21
    LIVE VENTURES INCORPORATED;
22  JANONE INC. (f/k/a Appliance Recycling
    Centers of America, Inc.); JOHN ISAAC a/k/a
23  JON ISAAC; KINGSTON DIVERSIFIED
    HOLDINGS LLC; and VIRLAND A.
24  JOHNSON,
25              Defendants.

26        Pursuant to Local Rule 26-3 and LR IA 6-1, Plaintiff Securities and Exchange Commission

27  ("SEC"), Defendants Live Ventures Incorporated and John Isaac a/k/a Jon Isaac (collectively, the

28  "Live Defendants"), Defendants JanOne, Inc. and Virland Johnson (collectively, the "JanOne

Defendants"), and Kingston Diversified Holdings LLC ("Kingston"), by and through their respective undersigned counsel of record, stipulate, agree, and hereby request that the Court enter an order extending each of the discovery deadlines set forth in the Stipulation and Order to Continue Discovery (ECF 97) by approximately 90 days. As contemplated by LR 26-3, good cause exists to continue the deadlines for this matter as the private, in-person mediation previously scheduled for April 13, 2023 was continued to June 23, 2023 to accommodate an unexpected conflict that arose with respect to the mediator's availability to conduct the mediation in person.  In light of this conflict, the parties agreed to continue the mediation to June 23, 2023 and to extend the discovery deadlines in this matter to accommodate the rescheduled mediation.  As set forth in the parties' prior stipulation, they each seek to complete any other remaining party discovery only after the parties' attempt to resolve this matter through the mediation.  Nothing in this stipulation would prevent the parties from serving and pursuing third-party document subpoenas.  This is the parties' second request for an extension of the discovery deadlines set forth in the Court's initial Scheduling Order (ECF 85).

**A.     STATEMENT SPECIFYING THE DISCOVERY COMPLETED (LR 26-3(a))**

The parties participated in an initial Rule 26(f) Conference in September 2022.

On October 24, 2022, the SEC served its Initial Rule 26(a) Disclosures.  The SEC subsequently produced the documents identified in its initial disclosures.

On October 28, 2022, the Live Defendants served their Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1).

On October 28, 2022, the JanOne Defendants served their Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a).

**B.     A DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED (LR 26-3(b))**

The parties need to complete written discovery including propounding and responding to requests for production, interrogatories and requests for admissions. The parties need to conduct depositions of relevant witnesses and FRCP 30(b)(6) designees of certain corporate entities.  The parties also anticipate disclosing both initial and rebuttal experts.

**C. THE REASONS WHY THE REMAINING DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN (LR 26-3(c))**

As set forth in the initial discovery stipulation (ECF 97), the parties agreed to participate in a private mediation to be conducted by the Honorable Jay C. Gandhi (Ret.), former United States Magistrate Judge for the Central District of California.  The in-person mediation was scheduled for April 13, 2023.  An unexpected conflict arose for the mediator preventing him from conducting the mediation in-person on the originally agreed-upon date.  The parties conferred and agreed that it was important for the parties to conduct the mediation in-person in order to give them the best opportunity to resolve this dispute and agreed to continue the mediation to a date when the mediator was available to conduct the mediation in person.  The mediation has been rescheduled for June 23, 2023.

The parties agree that the remaining discovery deadlines should be continued until a sufficient time after this mediation in order to afford the opportunity to proceed in an efficient manner, leading to the agreed upon proposed discovery schedule set forth below.  Nothing in this stipulation would prevent the parties from serving and pursuing third-party document subpoenas.

**D. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY (LR 26-3(d))**

(a) <u>Discovery Cut-off Date</u>:  The deadline for the Parties to complete all fact discovery in this matter shall be extended from October 11, 2023 to **January 9, 2024**.

(b) <u>Initial Expert Disclosures</u>:  The deadline for the Parties to make their Rule 26(a) expert disclosures shall be extended from August 11, 2023 to **November 9, 2023**.

(c) <u>Rebuttal Expert Disclosures</u>:  The deadline for the Parties to make their Rule 26(a) rebuttal expert disclosures shall be extended from September 11, 2023 to **December 11, 2023.**

(d) <u>Dispositive Motion Deadline</u>:  The deadline for the Parties to file their dispositive motions shall be extended from November 10, 2023 to **February 8, 2024**.

(e) <u>Joint Pretrial Order</u>:  The deadline for the parties to file their joint pretrial order shall be extended from December 11, 2023 to **March 11, 2024.**  Pursuant to LR 26-1(b)(5), in the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the entry of a decision on the dispositive motion(s), or upon further order of the Court.

1    Based on the foregoing stipulation and good cause appearing, the parties respectfully request

2  that the Court enter an order adopting the parties' amended proposed schedule for completing all

3  remaining discovery.

4    **IT IS SO STIPULATED.**

5  Dated this 19th day of April 2023.                      Dated this 19th day of April 2023.

6  **SECURITIES AND EXCHANGE**                             **GREENBERG TRAURIG, LLP**
   **COMMISSION**

7
   */s/ Lynn M. Dean*                                      */s/ Christopher R. Miltenberger*
8  Gary Y. Leung (Cal. Bar #302928)                        Mark E. Ferrario (NV Bar #1625)
   Lynn M. Dean (Cal. Bar #205562)                         Christopher R. Miltenberger (NV Bar #10153)
9  Robert Stillwell (Cal. Bar # 308630)                    10845 Griffith Peak Drive, Suite 600
   444 S. Flower Street, Suite 900                         Las Vegas, NV 89135
10 Los Angeles, California 90071
   *Attorneys for Plaintiff Securities and Exchange*       John C. Hueston (*pro hac vice*)
11 *Commission*                                            Marshall A. Camp (*pro hac vice*)
                                                           Daniel C. Sheehan (*pro hac vice*)
12                                                         HUESTON HENNIGAN LLP
                                                           523 West 6th Street, Suite 400
13                                                         Los Angeles, CA 90014
                                                           *Attorneys for Defendants John Isaac a/k/a Jon*
14                                                         *Isaac and Live Ventures Incorporated*

15 Dated this 19th day of April 2023.                      Dated this 19th day of April 2023.

16 **HUESTON HENNIGAN LLP**                                **MINTZ, LEVIN, COHN, FERRIS,**
                                                           **GLOVSKY AND POPEO, P.C.**
17
   */s/ Thomas A. Zaccaro*                                 */s/ Sean T. Prosser*
18 Thomas A. Zaccaro, Esq. (*pro hac vice*)                Sean T. Prosser (*pro hac vice*)
   523 West 6th Street, Suite 400                          3580 Camel Mountain Road, Ste. 300
19 Los Angeles, California 90014                           San Diego, California 92130

20 Tamara Beatty Peterson, Esq. (NV Bar #5218)             Dennis L. Kennedy (NV Bar #1462)
   David E. Astur, Esq. (NV Bar #15008)                    Rebecca L. Crooker (NV Bar #15202)
21 PETERSON BAKER, PLLC                                    BAILEY KENNEDY
   701 S. 7th Street                                       8984 Spanish Ridge Avenue
22 Las Vegas, NV 89101                                     Las Vegas, Nevada 89148
   *Attorneys for JanOne Inc. and Virland A.*              *Attorneys for Defendant Kingston Diversified*
23 *Johnson*                                               *Holdings*

24

25                                   **IT IS SO ORDERED.**

26

27                                   _____
                                     **UNITED STATES MAGISTRATE JUDGE**
28                                   **DATED**: _____

6025538