Mark E. Ferrario (Nevada Bar No. 1625)
ferrariom@gtlaw.com
Christopher R. Miltenberger (Nevada Bar No. 10153)
miltenbergerc@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone:   (702) 792-3773
Facsimile:   (702) 792-9002

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Marshall A. Camp (*pro hac vice*)
mcamp@hueston.com
Daniel C. Sheehan (*pro hac vice*)
dsheehan@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4340
Facsimile:   (888) 775-0898

Attorneys for Defendants
Live Ventures Incorporated and John Isaac a/k/a Jon Isaac

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LIVE VENTURES INCORPORATED; JANONE INC. (f/k/a Appliance Recycling Centers of America, Inc.); JOHN ISAAC a/k/a JON ISAAC; KINGSTON DIVERSIFIED HOLDINGS LLC; and VIRLAND A. JOHNSON,<br><br>Defendants. | Case No. 2:21-cv-01433-JCM-VCF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DISCOVERY**<br><br>**(Second Request)** |

Pursuant to Local Rule 26-3 and LR IA 6-1, Plaintiff Securities and Exchange Commission ("SEC"), Defendants Live Ventures Incorporated and John Isaac a/k/a Jon Isaac (collectively, the "Live Defendants"), Defendants JanOne, Inc. and Virland Johnson (collectively, the "JanOne

1  Defendants"), and Kingston Diversified Holdings LLC ("Kingston"), by and through their respective
2  undersigned counsel of record, stipulate, agree, and hereby request that the Court enter an order
3  extending each of the discovery deadlines set forth in the Stipulation and Order to Continue
4  Discovery (ECF 97) by approximately 90 days. As contemplated by LR 26-3, good cause exists to
5  continue the deadlines for this matter as the private, in-person mediation previously scheduled for
6  April 13, 2023 was continued to June 23, 2023 to accommodate an unexpected conflict that arose
7  with respect to the mediator's availability to conduct the mediation in person.  In light of this conflict,
8  the parties agreed to continue the mediation to June 23, 2023 and to extend the discovery deadlines
9  in this matter to accommodate the rescheduled mediation.  As set forth in the parties' prior stipulation,
10 they each seek to complete any other remaining party discovery only after the parties' attempt to
11 resolve this matter through the mediation.  Nothing in this stipulation would prevent the parties from
12 serving and pursuing third-party document subpoenas.  This is the parties' second request for an
13 extension of the discovery deadlines set forth in the Court's initial Scheduling Order (ECF 85).

**A.     STATEMENT SPECIFYING THE DISCOVERY COMPLETED (LR 26-3(a))**

The parties participated in an initial Rule 26(f) Conference in September 2022.

On October 24, 2022, the SEC served its Initial Rule 26(a) Disclosures.  The SEC subsequently produced the documents identified in its initial disclosures.

On October 28, 2022, the Live Defendants served their Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1).

On October 28, 2022, the JanOne Defendants served their Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a).

**B.     A DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED (LR 26-3(b))**

The parties need to complete written discovery including propounding and responding to requests for production, interrogatories and requests for admissions. The parties need to conduct depositions of relevant witnesses and FRCP 30(b)(6) designees of certain corporate entities.  The parties also anticipate disclosing both initial and rebuttal experts.

**C.   THE REASONS WHY THE REMAINING DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN (LR 26-3(c))**

As set forth in the initial discovery stipulation (ECF 97), the parties agreed to participate in a private mediation to be conducted by the Honorable Jay C. Gandhi (Ret.), former United States Magistrate Judge for the Central District of California.  The in-person mediation was scheduled for April 13, 2023.  An unexpected conflict arose for the mediator preventing him from conducting the mediation in-person on the originally agreed-upon date.  The parties conferred and agreed that it was important for the parties to conduct the mediation in-person in order to give them the best opportunity to resolve this dispute and agreed to continue the mediation to a date when the mediator was available to conduct the mediation in person.  The mediation has been rescheduled for June 23, 2023.

The parties agree that the remaining discovery deadlines should be continued until a sufficient time after this mediation in order to afford the opportunity to proceed in an efficient manner, leading to the agreed upon proposed discovery schedule set forth below.  Nothing in this stipulation would prevent the parties from serving and pursuing third-party document subpoenas.

**D.   PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY (LR 26-3(d))**

(a)   <u>Discovery Cut-off Date</u>:  The deadline for the Parties to complete all fact discovery in this matter shall be extended from October 11, 2023 to **January 9, 2024**.

(b)   <u>Initial Expert Disclosures</u>:  The deadline for the Parties to make their Rule 26(a) expert disclosures shall be extended from August 11, 2023 to **November 9, 2023**.

(c)   <u>Rebuttal Expert Disclosures</u>: The deadline for the Parties to make their Rule 26(a) rebuttal expert disclosures shall be extended from September 11, 2023 to **December 11, 2023.**

(d)   <u>Dispositive Motion Deadline</u>:  The deadline for the Parties to file their dispositive motions shall be extended from November 10, 2023 to **February 8, 2024**.

(e)   <u>Joint Pretrial Order</u>:  The deadline for the parties to file their joint pretrial order shall be extended from December 11, 2023 to **March 11, 2024.**  Pursuant to LR 26-1(b)(5), in the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the entry of a decision on the dispositive motion(s), or upon further order of the Court.

Based on the foregoing stipulation and good cause appearing, the parties respectfully request that the Court enter an order adopting the parties' amended proposed schedule for completing all remaining discovery.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 19th day of April 2023. | Dated this 19th day of April 2023. |
| **SECURITIES AND EXCHANGE COMMISSION** | **GREENBERG TAURIG, LLP** |
| */s/ Lynn M. Dean* | */s/ Christopher R. Miltenberger* |
| Gary Y. Leung (Cal. Bar #302928)<br>Lynn M. Dean (Cal. Bar #205562)<br>Robert Stillwell (Cal. Bar # 308630)<br>444 S. Flower Street, Suite 900<br>Los Angeles, California 90071<br>*Attorneys for Plaintiff Securities and Exchange Commission* | Mark E. Ferrario (NV Bar #1625)<br>Christopher R. Miltenberger (NV Bar #10153)<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br><br>John C. Hueston (*pro hac vice*)<br>Marshall A. Camp (*pro hac vice*)<br>Daniel C. Sheehan (*pro hac vice*)<br>HUESTON HENNIGAN LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>*Attorneys for Defendants John Isaac a/k/a Jon Isaac and Live Ventures Incorporated* |
| Dated this 19th day of April 2023. | Dated this 19th day of April 2023. |
| **HUESTON HENNIGAN LLP** | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** |
| */s/ Thomas A. Zaccaro* | */s/ Sean T. Prosser* |
| Thomas A. Zaccaro, Esq. (*pro hac vice*)<br>523 West 6th Street, Suite 400<br>Los Angeles, California 90014<br><br>Tamara Beatty Peterson, Esq. (NV Bar #5218)<br>David E. Astur, Esq. (NV Bar #15008)<br>PETERSON BAKER, PLLC<br>701 S. 7th Street<br>Las Vegas, NV 89101<br>*Attorneys for JanOne Inc. and Virland A. Johnson* | Sean T. Prosser (*pro hac vice*)<br>3580 Camel Mountain Road, Ste. 300<br>San Diego, California 92130<br><br>Dennis L. Kennedy (NV Bar #1462)<br>Rebecca L. Crooker (NV Bar #15202)<br>BAILEY KENNEDY<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Kingston Diversified Holdings* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED**: 4-24-2023