**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| Securities and Exchange Commission, | |
|---|---|
| Plaintiff(s), | |
| v. | 2:21-cv-01433-JCM-VCF |
| Live Ventures Incorporated, et al., | **ORDER** |
| Defendant(s). | |

Before the court is defendants JanOne Inc and Virland A. Johnson's motion to withdraw as counsel of record (ECF No. 106).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on defendants JanOne Inc and Virland A. Johnson's motion to withdraw as counsel of record (ECF No. 106), is SCHEDULED for 11:00 AM, October 2, 2023, in Courtroom 3D.

IT IS FURTHER ORDERED that Defendant Virland A. Johnson must appear at the scheduled hearing at 11:00 AM, October 2, 2023, in Courtroom 3D, third floor, Lloyd D. George Federal Courthouse, United States District Court, 333 Las Vegas Blvd, S., Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that an officer, director, or managing agent of JanOne Inc., must appear at the scheduled hearing at 11:00 AM, October 2, 2023, in Courtroom 3D, third floor, Lloyd D. George Federal Courthouse, United States District Court, 333 Las Vegas Blvd, S., Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that counsel must inform their client(s) of the scheduled hearing on 11:00 AM, October 2, 2023; and mail/email to their client and an officer, director, or managing agent of JanOne, Inc., a copy of this order.

The Clerk of Court is directed to mail a copy of this order to the following addresses.

JanOne Inc.
Attn: Tony Isaac
325 E Warm Springs Road, Suite 102
Las Vegas, NV 89119

Virland A. Johnson
JanOne Inc.
325 E Warm Springs Road, Suite 102
Las Vegas, NV 89119

JanOne Inc.
c/o Registered Agent Gail Kyser
325 E Warm Springs Road, Suite 102
Las Vegas, NV 89119

DATED this 8th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE