TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
DAVID E. ASTUR, ESQ., Bar No. 15008
dastur@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

*Attorneys for Defendants*
*JANONE INC and VIRLAND A. JOHNSON*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LIVE VENTURES INCORPORATED; JANONE INC. (f/k/a Appliance Recycling Centers of America, Inc.); JOHN ISAAC a/k/a JON ISAAC; KINGSTON DIVERSIFIED HOLDINGS LLC; and VIRLAND A. JOHNSON,<br><br>Defendants. | Case No.: 2:21-cv-1433-JCM-VCF<br><br>**MOTION FOR LEAVE TO VIRTUALLY ATTEND THE OCTOBER 2, 2023 HEARING** |

Counsel for Defendants JanOne Inc. and Virland A. Johnson ("JanOne Defendants") hereby move this Court for leave to allow Nicolas Morgan, Esq. ("Mr. Morgan"), of the law firm of Paul Hastings LLP[1], to virtually attend the October 2, 2023 hearing on the Motion to Withdraw as Counsel of Record [ECF No. 106] based upon the following:

1. Counsel for JanOne Inc and Virland Johnson filed their Motion to Withdraw as Counsel of Record [ECF No. 106] on August 18, 2023.

2. The Court has ordered an in-person hearing on the motion to withdraw as counsel of record and has scheduled the hearing for 11:00 a.m., October 2, 2023. *See* ECF No. 108.

---

[1] Alyssa K. Tapper, Esq. ("Ms. Tapper") is an associate at Paul Hastings LLP ("Paul Hastings") and admitted *pro hac vice* in this matter. Mr. Morgan is a partner with Paul Hastings and will be attending on behalf of the firm.

3. Ms. Tapper was admitted *pro hac vice* on October 18, 2021. *See* ECF No. 56.

4. Ms. Tapper and Mr. Morgan's principal place of employment is located in Los Angeles, California.

5. Tamara Beatty Peterson, Esq. ("Ms. Peterson"), of the law firm of Peterson Baker, PLLC, is the resident attorney admitted to the bar of this court for Ms. Tapper.

6. Ms. Peterson will attend the October 2, 2023 hearing in-person pursuant to the Order [ECF No. 108].

7. Thomas A. Zaccaro, Esq. ("Mr. Zaccaro")[2], of the law firm of Hueston Hennigan LLP, was admitted *pro hac vice* on October 18, 2021. *See* ECF No. 57.

8. Mr. Zaccaro will attend the October 2, 2023 hearing in-person pursuant to the Order [ECF No. 108].

9. Due to the cost and time associated with travel, Mr. Morgan requests leave to virtually attend the October 2, 2023 hearing.

For these reasons, Counsel respectfully requests that the Court grant this Motion, and enter an Order permitting Mr. Morgan to virtually attend the October 2, 2023 hearing.

Dated this 22nd day of September, 2023.

PETERSON BAKER, PLLC

By: /s/ David E. Astur
TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
DAVID E. ASTUR, ESQ., Bar No. 15008
dastur@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002
*Attorneys for Defendants*
*JANONE INC and VIRLAND A. JOHNSON*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  9-25-2023
_____

---

[2] Mr. Zaccaro was formally with the law firm of Paul Hastings LLP and is now with the law firm of Hueston Hennigan LLP ("Heuston Hennigan").

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of Peterson Baker, PLLC, and that a true and correct copy of the MOTION FOR LEAVE TO VIRTUALLY ATTEND THE OCTOBER 2, 2023 HEARING was served via electronic service, via CM/ECF, on this 22nd day of September, 2023, and to the following:

| | |
|---|---|
| GARY Y. LEUNG, JR., ESQ.<br>leungg@sec.gov<br>LYNN M. DEAN, ESQ.<br>deanl@sec.gov<br>ROBERT STILLWELL, ESQ.<br>stillwellr@sec.gov<br>JENNIFER CHUN BARRY, ESQ.<br>barryj@sec.gov<br>DANIEL WADLEY, ESQ.<br>wadleyd@sec.gov<br>RUTH C. PINKEL, ESQ.<br>pinkelr@sec.gov<br>SECURITIES AND EXCHANGE COMMISSION<br>444 S. Flower Street, Suite 900<br>Los Angeles, California 90071<br>*Attorneys for Plaintiff* | MARK E. FERRARIO, ESQ.<br>ferrariom@gtlaw.com<br>CHRISTOPHER R. MILTENBERGER, ESQ.<br>miltenbergerc@gtlaw.com<br>GLENN F. MEIER, ESQ.<br>meierg@gtlaw.com<br>GREENBERG TAURIG, LLP<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, NV 89135<br>*Attorneys for Defendants Live Ventures Incorporated and John Isaac* |
| SEAN T. PROSSER, ESQ.<br>STProsser@mintz.com<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>3580 Carmel Mountain Road, Ste. 300<br>San Diego, California 92130<br>*Attorneys for Defendant Kingston Diversified Holdings LLC* | DENNIS L. KENNEDY, ESQ.<br>DKennedy@BaileyKennedy.com<br>REBECCA L. CROOKER, ESQ.<br>RCrooker@BaileyKennedy.com<br>BAILEY KENNEDY<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302<br>*Attorneys for Defendant Kingston Diversified Holdings LLC* |

/s/ Erin Parcells
Employee of Peterson Baker, PLLC

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001