Ethan Foster (NSBN 16535)
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
EFoster@parsonsbehle.com

Brennan Curtis (*Admitted Pro Hac*)
PARSONS BEHLE & LATIMER
1441 W. Ute Blvd., Suite 330
Park City, Utah 84098
Telephone: (435) 962.9930
BCurtis@parsonsbehle.com

*Attorneys for JanOne Inc., and Virland A. Johnson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>LIVE VENTURES INCORPORATED; JANONE INC. (f/k/a Appliance Recycling Centers of America, Inc.); JOHN ISAAC a/k/a JON ISAAC; KINGSTON DIVERSIFIED HOLDINGS LLC; and VIRLAND A. JOHNSON,<br><br>                    Defendants. | Case No. 2:21-cv-01433-JCM-MDC<br><br>**PARSONS BEHLE & LATIMER'S AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD AND REMOVE COUNSEL FROM THE SERVICE LIST** |

In furtherance of the Court's Order dated March 26, 2024, counsel Ethan Foster and Brennan Curtis of the law firm Parsons Behle & Latimer move to withdraw as counsel of record for Defendant Virland A. Johnson ("Mr. Johnson"), in accordance with Local Rule IA 11-6 of the United States District Court Rules for the District of Nevada. This Motion is based on the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Parsons Behle & Latimer currently represents Defendants JanOne Inc. and Mr. Johnson in this matter. JanOne, Inc. has settled with the Securities and Exchange Commission ("SEC"), pending final approval by the SEC. Mr. Johnson has indicated that he no longer wishes to retain

PARSONS
BEHLE &
LATIMER

37291.001\4890-8153-3605.v5

Parsons Behle & Latimer (the "Firm"). On Friday, March 1, 2024, Mr. Brent Baker left Parsons Behle & Latimer. It is the understanding of the Firm that Mr. Baker, the primary attorney in this matter, will continue representation and will retain new local counsel in this matter as necessary. The Firm notified JanOne Inc., Mr. Johnson, and Mr. Baker of its intent to file this Motion on March 7, 2024.  Moreover, this motion has been served on the affected clients in accordance with Local Rule 11-6(b), both by email and certified mail, proof of which is attached hereto as **Exhibit 1**, and **Exhibit 2,** respectively.

Contact information for Mr. Baker and the parties are listed below:

Brent Baker
60 E. South Temple, Suite 1200
Salt Lake City, UT 84111
Telephone: 801-401-8616
bbaker@buchalter.com

JanOne Inc.
Attn: Tony Isaac
325 E Warm Springs Road, Suite 102
Las Vegas, NV 89119
Telephone: 702.997.5968
Email: t.isaac@isaac.com

Virland A. Johnson
JanOne Inc.
325 E Warm Springs Road, Suite 102
Las Vegas, NV 89119
Telephone: 702.997.5968
Email: v.johnson@isaac.com

This Motion is made pursuant to Local Rule IA 11-6 and with respect to JanOne Inc. will not result in delay of discovery, the trial, or any hearing in the case. *See* LR IA 11-6(e).  It is expected the SEC will approve the settlement, which will result in dismissal against JanOne Inc. In the meantime, Mr. Baker and his new local counsel will continue to represent JanOne Inc. It is the Firm's understanding that Mr. Johnson has expressed his desire for the Firm to cease representation. Accordingly, there is good cause to grant Parsons Behle & Latimer's Amended Motion to Withdraw with respect to Mr. Johnson.

. . .

. . .

. . .

PARSONS
BEHLE &

37291.001\4890-8153-3605.v5

1    For these reasons, counsel respectfully requests the Court grant this Motion and issue an

2  Order permitting Ethan Foster, Esq. and Brennan Curtis, Esq. to withdraw from this matter and

3  directing the Clerk of the Court to make such changes to the docket and CM/ECF system as

4  necessary.

5    Dated this 27th day of March, 2024.

6                                          PARSONS BEHLE & LATIMER

7                                          */s/ Ethan Foster*
                                           Ethan Foster (NSBN 16535)
8                                          50 West Liberty Street, Suite 750
                                           Reno, Nevada 89501
9                                          Telephone:  775.323.1601
                                           Email: EFoster@parsonsbehle.com
10

11                                         Brennan Curtis (*Admitted Pro Hac*)
                                           PARSONS BEHLE & LATIMER
12                                         1441 W. Ute Blvd., Suite 330
                                           Park City, Utah 84098
13                                         Telephone: (435) 962.9930
                                           BCurtis@parsonsbehle.com

14                                         *Attorneys for JanOne Inc. and Virland A. Johnson*

15

16    IT IS SO ORDERED. This motion is unopposed and the time to do so has passed.
      The motion is GRANTED.
17

18

19

20    _____
      Hon. Maximiliano D. Couvillier III
21    United States Magistrate Judge
      Dated: 4/18/24
22

23

24

25

26

27

28