UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff(s),<br><br> v.<br><br>LIVE VENTURES INCORPORATED, et al.,<br><br>        Defendant(s). | Case No. 2:21-CV-1433 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Securities and Exchange Commission v. Live Ventures, Incorporated*.

On April 22, 2024, plaintiff Securities and Exchange Commission filed a proposed final judgment as to defendant JanOne, Inc. ("JanOne"). (ECF No. 138-1). Accompanying this document is the consent of JanOne. (ECF No. 138).

The consent document asserts legal conclusions which may be correct, but the consent itself is signed by JanOne's chief executive officer, as opposed to its legal counsel. Accordingly, the court finds that an executive not trained or practicing in the field of is not the appropriate signatory of this document.

The court has the authority to strike documents that do not comply with the local rules of the District of Nevada. *See* LR IC 7-1.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly, the court strikes the proposed judgment (ECF No. 138-1) and orders counsel to file this document and consent of JanOne, Inc. in accordance with the local rules.

DATED April 30, 2024.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**