LYNN M. DEAN (Cal. Bar No. 205562)
Email: deanl@sec.gov
RUTH C. PINKEL (Cal. Bar No. 164470)
Email: pinkelr@sec.gov
ROBERT STILLWELL (Cal. Bar No. 308630)
Email: stillwellr@sec.gov

Securities and Exchange Commission
Katharine Zoladz, Regional Director
Gary Y. Leung, Associate Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

*Attorneys for Plaintiff Securities and Exchange Commission*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

LIVE VENTURES INCORPORATED; JANONE INC. (f/k/a Appliance Recycling Centers of America, Inc.); JOHN ISAAC a/k/a JON ISAAC; KINGSTON DIVERSIFIED HOLDINGS LLC; and VIRLAND A. JOHNSON,

Defendants.

Case No. 2:21-cv-01433-JCM-MDC

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT JANONE INC.**

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendant JanOne Inc. ("JanOne" or "Defendant") (SEC and Defendant are collectively referred to herein as the "Parties"), by and through their undersigned counsel of record, hereby submit this joint motion for entry of a final judgment against JanOne. The proposed final judgment and JanOne's consent to the entry of that final judgment are submitted with this motion.

In its First Amended Complaint, the SEC asserted claims against all the defendants arising out of their alleged involvement in three distinct fraudulently schemes. *See* ECF 76 ¶¶ 3-7. With respect to JanOne, the SEC alleged violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act') and Rules 10b-5(a) and 10b-5(c) thereunder, and sought a permanent injunction and civil penalty against JanOne. *See, e.g.*, ECF 76 ¶¶ 249-256.

On May 7, 2024, JanOne's Chief Executive Officer, Antonios "Tony" Isaac, executed a consent in which he agreed, in substance, to resolve all claims in this action. *See* Exhibit 1. JanOne's outside legal counsel, Brent R. Baker, also signed the consent to acknowledge that he approves of the form and content of the consent. (*Id.*) As reflected in the consent, JanOne consents to entry of the proposed final judgment without admitting or denying the allegations in the SEC's First Amended Complaint. (*Id.*) JanOne also waives findings of fact and conclusions of law pursuant to Fed. R. Civ. P. 52 and waives its rights to a jury trial and to appeal from entry of the proposed judgments. (*Id.*) As for the proposed final judgment, it permanently restrains and enjoins JanOne from violating Section 10(b) of the Exchange Act and Rule 10b-5 thereunder. *See* Exhibit 2. In addition, it orders JanOne to pay a civil penalty in a total amount of $250,000 pursuant to Section 21(d)(3) of the Exchange Act. (*Id.*)

Accordingly, the Parties respectfully request that the Court allow the consent and proposed judgment to be filed and grant this joint motion to enter the proposed final judgment against JanOne.[1]

Dated this 21st day of May, 2024.

**SECURITIES AND EXCHANGE COMMISSION**

*/s/ Ruth C. Pinkel*_______________
Lynn M. Dean (Cal. Bar #205562)
Ruth C. Pinkel (Cal. Bar #164470)
Robert Stillwell (Cal. Bar # 308630)
444 S. Flower Street, Suite 900
Los Angeles, California 90071

*Attorneys for Plaintiff Securities and Exchange Commission*

Dated this 21st day of May, 2024.

**BUCHALTER**

*/s/ Brent R. Baker*_______________
Brent R. Baker
Buchalter
60 E. South Temple, Suite 1200
Salt Lake City, UT 84111
bbaker@buchalter.com

*Attorney for JanOne, Inc. and Virland Johnson*

**IT IS SO ORDERED.**

______________________________
UNITED STATES DISTRICT JUDGE

DATED: ________________________

[1] Should the Court determine not to enter the proposed judgment pursuant to the parties' joint motion, the SEC respectfully requests that the Court first set a status conference at which the SEC and JanOne are allowed to appear remotely.

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE SEC,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On May 21, 2024, I caused to be served the document entitled **JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT JANONE INC.** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 21, 2024

*/s/ Ruth C. Pinkel*
Ruth C. Pinkel

***SEC v. Live Ventures Incorporated, et al.***
**United States District Court – District of Nevada**
**Case No. 2:21-cv-01433-JCM-MDC**

SERVICE LIST

Brent R. Baker (served via CM/ECF)
Buchalter
60 E. South Temple, Suite 1200
Salt Lake City, UT 84111
bbaker@buchalter.com
*Attorney for JanOne, Inc. and Virland Johnson*

Daniel J. Wadley (*pro hac vice*) (served via CM/ECF)
Nicholas P. Peterson (*pro hac vice*) (served via CM/ECF)
Greenberg Traurig, LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
wadleyd@gtlaw.com
nick.peterson@gtlaw.com
*Attorneys for Defendants John Isaac a/k/a Jon Isaac and Live Ventures Incorporated*

Mark E. Ferrario (NV Bar #1625) (served via CM/ECF)
Christopher R. Miltenberger (served via CM/ECF)
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
ferrariom@gtlaw.com
miltenbergerc@gtlaw.com
*Attorneys for Defendants John Isaac a/k/a Jon Isaac and Live Ventures Incorporated*

Sean T. Prosser (served via CM/ECF)
Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
stprosser@mintz.com
*Attorney for Kingston Diversified Holdings LLC*

Dennis L. Kennedy, Esq. (served via CM/ECF)
Rebeca L. Crooker, Esq. (served via CM/ECF)
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, NV 89148-1302
DKennedy@BaileyKennedy.com
RCrooker@BaileyKennedy.com
*Attorneys for Kingston Diversified Holdings LLC*