RUTH C. PINKEL (Cal. Bar No. 164470)
Email: pinkelr@sec.gov
ROBERT C. STILLWELL (Cal. Bar No. 308630)
Email: stillwellr@sec.gov

Securities and Exchange Commission
Katharine Zoladz, Regional Director
Gary Y. Leung, Associate Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> LIVE VENTURES INCORPORATED; JANONE INC. (f/k/a Appliance Recycling Centers of America, Inc.); JOHN ISAAC a/k/a JON ISAAC; KINGSTON DIVERSIFIED HOLDINGS LLC; and VIRLAND A. JOHNSON, <br><br> Defendants. | Case No. 2:21-cv-01433-JCM-MDC <br><br> **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY DANIEL O. BLAU** |

Pursuant to Local Rule IA 11-3, the United States Securities and Exchange Commission ("SEC") respectfully requests that this honorable Court admit the undersigned government attorney, Daniel O. Blau, to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of his employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Mr. Blau is an attorney with the SEC, an agency of the federal government. Mr. Blau is a member in good standing of the State Bars of California (Bar No. 305008) and New York (Registration No. 4895025). Mr. Blau's contact information is:

Daniel O. Blau
Securities and Exchange Commission
444 S. Flower Street, 9th Floor
Los Angeles, California 90071
Phone: (323) 965-3306
Facsimile: (213) 443-1904
Email: blaud@sec.gov

Accordingly, the SEC respectfully requests that this honorable Court admit Daneil O. Blau to practice in the District of Nevada for the duration of his employment by the SEC.

Dated: September 4, 2024          Respectfully submitted,

                                  /s/ Ruth C. Pinkel
                                  Ruth C. Pinkel
                                  Robert C. Stillwell
                                  Attorneys for Plaintiff
                                  Securities and Exchange Commission

**IT IS SO ORDERED.**

Dated: September 9, 2024                          [signature]
                                                  United States District Judge

1

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE SEC,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On September 4, 2024, I caused to be served the document entitled **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY DANIEL O. BLAU** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   September 4, 2024                         /s/Ruth C. Pinkel
                                                  Ruth C. Pinkel

2

<u>*SEC v. Live Ventures Incorporated, et al.*</u>
**United States District Court – District of Nevada
Case No. 2:21-cv-01433-JCM-MDC**

<u>SERVICE LIST</u>

Brent R. Baker (served via CM/ECF)
Buchalter
60 E. South Temple, Suite 1200
Salt Lake City, UT 84111
bbaker@buchalter.com
*Attorney for JanOne, Inc. and Virland Johnson*

Daniel J. Wadley (*pro hac vice*) (served via CM/ECF)
Nicholas P. Peterson (*pro hac vice*) (served via CM/ECF)
Greenberg Traurig, LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
wadleyd@gtlaw.com
nick.peterson@gtlaw.com
*Attorneys for Defendants John Isaac a/k/a Jon Isaac and Live Ventures Incorporated*

Mark E. Ferrario (NV Bar #1625) (served via CM/ECF)
Christopher R. Miltenberger (served via CM/ECF)
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
ferrariom@gtlaw.com
miltenbergerc@gtlaw.com
*Attorneys for Defendants John Isaac a/k/a Jon Isaac and Live Ventures Incorporated*