# EXHIBIT 12

**Email from George Kaufman (Chardan Capital Markets) to Scott Blakeman (Chardan Capital Markets), dated December 27, 2016, with subject line, "RE: LIVE"**



GOVERNMENT
KG EXHIBIT 9/17/19
265
LA-04829
PENGAD 800-631-6989

**To:**      Scott Blakeman[sblakeman@chardancm.com]
**From:**    George Kaufman
**Sent:**    Tue 12/27/2016 7:05:49 PM
**Importance:**      Normal
**Subject:** RE: LIVE

Reasonable chance that he'll sell 250k shares or more this week


**George Kaufman**

Chardan Capital Markets, LLC

17 State Street

Suite 1600

New York, NY 10004

Phone: 646 465 9015

Fax: 646 465 9039


**From:** Scott Blakeman
**Sent:** Tuesday, December 27, 2016 7:04 PM
**To:** George Kaufman
**Subject:** RE: LIVE




Yes




**From:** George Kaufman
**Sent:** Tuesday, December 27, 2016 6:27 PM
**To:** Scott Blakeman
**Subject:** LIVE




Jon Isaac just called. He has numbers coming out tomorrow and believes it could be a high-volume day. Will you be on the desk?

SEC-CCM-E-0023534

**Exhibit 12 Page 1**

**George Kaufman**

Chardan Capital Markets, LLC

17 State Street

Suite 1600

New York, NY 10004

Phone: 646 465 9015

Fax: 646 465 9039

SEC-CCM-E-0023535

**Exhibit 12 Page 2**