# EXHIBIT 13

**Email from Scott Blakeman (Chardan Capital Markets) to Isaac, dated December 28, 2016, with subject line, "RE: today"**



**To:**  Jon Isaac[j.isaac@isaac.com]
**From:**  Scott Blakeman
**Sent:**  Wed 12/28/2016 9:46:44 AM
**Importance:**  Normal
**Subject:**  RE: today


We're hanging out higher – you can reach me on AIM (CCM_SBlakeman) if want to amend lmt.


**From:** Jon Isaac [mailto:j.isaac@isaac.com]
**Sent:** Wednesday, December 28, 2016 9:20 AM
**To:** Scott Blakeman
**Subject:** today


Scott, I have no idea where the stock will go today, but, in case it goes busurk, please sell up to 10,000 between 36 and 38.. another 10k between 40 and 42. I'll be on my computer so we will be chatting more closely..

SEC-CCM-E-0017306

**Exhibit 13 Page 1**