RUTH PINKEL (Cal. Bar No. 164470)
Email: pinkelr@sec.gov
ROBERT STILLWELL (Cal. Bar No. 308630)
Email: stillwellr@sec.gov
DANIEL BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov

Securities and Exchange Commission
Katharine Zoladz, Regional Director
Gary Y. Leung, Associate Regional Director
Douglas Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

*Attorneys for Plaintiff Securities and Exchange Commission*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>     vs.<br><br>LIVE VENTURES INCORPORATED; JANONE INC. (f/k/a Appliance Recycling Centers of America, Inc.); JOHN ISAAC a/k/a JON ISAAC; KINGSTON DIVERSIFIED HOLDINGS LLC; and VIRLAND A. JOHNSON,<br><br>              Defendants. | Case No. 2:21-cv-01433-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE AN OPPOSITION AND REPLY TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff Securities and Exchange Commission ("SEC"), Defendants Live Ventures Incorporated, John Isaac a/k/a Jon Isaac, and Virland Johnson ("Defendants"), by and through their respective undersigned counsel of record, hereby file this *Stipulation and Proposed Order to Extend the Time to File an Opposition and Reply to Motions for Summary Judgment* (this "Stipulation") and stipulate, agree, and request that the Court enter an order extending the deadline for opposing, and replying in support of, the parties' respective motions for summary judgment by two weeks. Defendants' motion for summary judgment was filed on October 30, 2024. Dkt. No. 172. Currently, the SEC's opposition is due on November 20, 2024, and Defendants' reply is due on December 4, 2024. No hearing date has been set. The SEC's motion for partial summary judgment was served on October 30, 2024. Dkt. No. 173.[1] Currently, the Defendants' opposition is due on November 20, 2024, and the SEC's reply is due on December 4, 2024. No hearing date has been set.

The parties seek more time to brief the motions for summary judgment for various reasons. First, there are two other motions in this matter being briefed at this time (Dkt. Nos. 170 and 171). Second, counsel for the SEC has a brief in another matter due on November 27. Finally, the current schedule overlaps substantially with the Thanksgiving holiday.

The parties therefore propose that deadlines be continued as follows:

The SEC's deadline to respond to Defendants' motion for summary judgment be continued to December 4, 2024, and the Defendants' reply be continued to December 18, 2024.

Defendants' deadline to respond to the SEC's motion for partial summary judgment be continued to December 4, 2024, and the SEC's reply be continued to December 18, 2024.

///

///

///

---

[1] Due to an outage of the ECF system, the SEC's partial motion for summary judgment was filed on October 31, 2024. However, the SEC was able to serve counsel electronically on October 30, 2024.

1

1    Based on the foregoing Stipulation and good cause appearing, the Parties respectfully
2 request that the Court enter an order adopting the Parties' amended proposed schedule for briefing
3 the motions for summary judgment.

4    **IT IS SO STIPULATED.**

6  Dated this 14th day of November, 2024.        Dated this 14th day of November, 2024.

7  **SECURITIES AND EXCHANGE**                   **GREENBERG TRAURIG, LLP**
   **COMMISSION**

9  /s/ Daniel Blau                              /s/ Nicholas P. Peterson
   Daniel Blau (Cal. Bar #305008)               Mark E. Ferrario (NV Bar #1625)
10 Ruth Pinkel (Cal. Bar #164470)               Glenn F. Meier (NV Bar #06059)
   Robert Stillwell (Cal. Bar # 308630)         Daniel Wadley (*pro hac vice*)
11 444 S. Flower Street, Suite 900              Nicholas P. Peterson (*pro hac vice*)
   Los Angeles, California 90071                10845 Griffith Peak Drive, Suite 600
12                                              Las Vegas, NV 89135
   *Attorneys for Plaintiff Securities and*
13 *Exchange Commission*                        *Attorneys for Defendants John Isaac a/k/a Jon*
                                                *Isaac, Live Ventures Incorporated, and*
14                                              *Virland Johnson*

17                                              **IT IS SO ORDERED.**

19                                              _____
                                                UNITED STATES DISTRICT JUDGE
20                                              DATED: _November 15, 2024_____

2

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On November 14, 2024, I caused to be served the document entitled **STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE AN OPPOSITION AND REPLY TO MOTIONS FOR SUMMARY JUDGMENT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 14, 2024          */s/ Daniel O. Blau*
                                 Daniel O. Blau

3

**SEC v. Live Ventures Incorporated,** ***et al.***
**United States District Court – District of Nevada**
**Case No. 2:21-cv-01433-JCM-MDC**

SERVICE LIST

Daniel J. Wadley (*pro hac vice*) (served via CM/ECF)
Nicholas P. Peterson (*pro hac vice*) (served via CM/ECF)
Greenberg Traurig, LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
wadleyd@gtlaw.com
nick.peterson@gtlaw.com
*Attorneys for Defendants John Isaac a/k/a Jon Isaac, Live Ventures Incorporated, and Virland Johnson*

Mark E. Ferrario (NV Bar #1625) (served via CM/ECF)
Christopher R. Miltenberger (served via CM/ECF)
Kyle A. Ewing (served via CM/ECF)
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
ferrariom@gtlaw.com
miltenbergerc@gtlaw.com
ewingk@gtlaw.com
*Attorneys for Defendants John Isaac a/k/a Jon Isaac, Live Ventures Incorporated, and Virland Johnson*