RUTH C. PINKEL (Cal. Bar No. 164470)
Email: pinkelr@sec.gov
DANIEL BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
DONALD W. SEARLES (Cal. Bar No. 135705)
Email: dsearles@sec.gov
ROBERT STILLWELL (Cal. Bar No. 308630)
Email: stillwellr@sec.gov

Securities and Exchange Commission
Brent Wilner, Associate Director
Stephen Kam, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

*Attorneys for Plaintiff Securities and Exchange Commission*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>LIVE VENTURES INCORPORATED; JANONE INC. (f/k/a Appliance Recycling Centers of America, Inc.); JOHN ISAAC a/k/a JON ISAAC; KINGSTON DIVERSIFIED HOLDINGS LLC; and VIRLAND A. JOHNSON,<br><br>Defendants. | Case No. 2:21-cv-01433-JCM-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(Fourth Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff Securities and Exchange Commission ("SEC") and Defendants Live Ventures Incorporated, John Isaac a/k/a Jon Isaac, and Virland Johnson ("Defendants"), by and through their respective undersigned counsel of record, hereby file this *Stipulation and Proposed Order to Extend the Time to File Joint Pretrial Order* and stipulate, agree, and request that the Court enter an order extending the deadline for the parties to file the proposed Joint Pretrial Order by 35 days, from June 5, 2026 to July 10, 2026.  No trial date has been set.

Following this Court's order granting the parties' third stipulation to extend the deadline for the filing of the Joint Pretrial Order to June 5, 2026 (*see* Dkt. No. 206), the parties continued with their trial preparations, but have now resumed good faith settlement discussions that may resolve the need for trial and would conserve judicial resources.

Based on the good cause shown above, the parties stipulate and agree that the deadline for filing the Joint Pretrial Order be continued from June 5, 2026 to July 10, 2026.

///

///

///

1

Based on the foregoing stipulation and good cause appearing, the Parties respectfully request that the Court enter an order adopting the Parties' proposed schedule for filing the Joint Pretrial Order.

**IT IS SO STIPULATED.**

Dated this 21st day of May, 2026.                  Dated this 21st day of May, 2026.

**SECURITIES AND EXCHANGE COMMISSION**

*/s/ Ruth C. Pinkel*
Daniel Blau (Cal. Bar #305008)
Ruth Pinkel (Cal. Bar #164470)
Robert Stillwell (Cal. Bar # 308630)
444 S. Flower Street, Suite 900
Los Angeles, California 90071
*Attorneys for Plaintiff Securities and Exchange Commission*

**GREENBERG TRAURIG, LLP**

*/s/ Daniel Wadley*
Mark E. Ferrario (NV Bar #1625)
Glenn F. Meier (NV Bar #06059)
Daniel Wadley (*pro hac vice*)
Nicholas P. Peterson (*pro hac vice*)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorneys for Defendants John Isaac a/k/a Jon Isaac, Live Ventures Incorporated, and Virland Johnson*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___5-22-26_____

2

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

        U.S. SECURITIES AND EXCHANGE COMMISSION,
        444 S. Flower Street, Suite 900, Los Angeles, California 90071
        Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On May 21, 2026, I caused to be served the document entitled **STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME TO FILE JOINT PRETRIAL ORDER** on all the parties to this action addressed as stated on the attached service list:

☐    **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐    **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐    **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐    **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐    **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒    **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐    **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐    **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   May 21, 2026                */s/ Ruth C. Pinkel*
                                 Ruth C. Pinkel

3

**SEC v. Live Ventures Incorporated,** *et al.*
**United States District Court – District of Nevada**
**Case No. 2:21-cv-01433-JCM-MDC**

SERVICE LIST

Daniel J. Wadley (*pro hac vice*) (served via CM/ECF)
Tracy Combs (pro hac vice) (served via CM/ECF)
Nicholas P. Peterson (*pro hac vice*) (served via CM/ECF)
Greenberg Traurig, LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
wadleyd@gtlaw.com
nick.peterson@gtlaw.com
*Attorneys for Defendants John Isaac a/k/a Jon Isaac, Live Ventures Incorporated, and Virland Johnson*

Mark E. Ferrario (NV Bar #1625) (served via CM/ECF)
Christopher R. Miltenberger (served via CM/ECF)
Kyle A. Ewing (served via CM/ECF)
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
ferrariom@gtlaw.com
miltenbergerc@gtlaw.com
ewingk@gtlaw.com
*Attorneys for Defendants John Isaac a/k/a Jon Isaac, Live Ventures Incorporated, and Virland Johnson*