RUTH C. PINKEL (Cal. Bar No. 164470)
Email:  pinkelr@sec.gov
DANIEL BLAU (Cal. Bar No. 305008)
Email:  blaud@sec.gov
DONALD W. SEARLES (Cal. Bar No. 135705)
Email: dsearles@sec.gov
ROBERT STILLWELL (Cal. Bar No. 308630)
Email:  stillwellr@sec.gov

Securities and Exchange Commission
Brent Wilner, Associate Director
Stephen Kam, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

*Attorneys for Plaintiff Securities and Exchange Commission*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LIVE VENTURES INCORPORATED; JANONE INC. (f/k/a Appliance Recycling Centers of America, Inc.); JOHN ISAAC a/k/a JON ISAAC; KINGSTON DIVERSIFIED HOLDINGS LLC; and VIRLAND A. JOHNSON,<br><br>Defendants. | Case No. 2:21-cv-01433-JCM-MDC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO VACATE PRETRIAL DATES** |

Pursuant to Local Rule IA 6-1, Plaintiff Securities and Exchange Commission ("SEC") and Defendants Live Ventures Incorporated, John Isaac a/k/a Jon Isaac, and Virland Johnson ("Defendants") (collectively, "the Parties"), by and through their respective undersigned counsel of record, hereby file this *Stipulation and Proposed Order to Vacate Pretrial Dates* as counsel for the Parties have agreed to a settlement in principle of this action that would fully resolve this case. The deadline for filing the Joint Pretrial Order is July 10, 2026.  That is the only pretrial date that is currently set in this case.  No trial date has been scheduled.

Because only the Commissioners of the SEC have the final authority to accept the terms of the proposed settlement, SEC counsel cannot submit proposed final judgments to the Court until they have obtained authorization from the Commission.  The process for SEC counsel to obtain such Commission authorization involves submitting an action memorandum to the Commission setting forth their recommendation and providing a comprehensive explanation of the recommendation's factual and legal basis. After the recommendation is presented, the Commission considers the recommendation and then votes on whether to approve or reject the recommendation (*see* SEC DIV. OF ENF'T, ENFORCEMENT MANUAL, https://www.sec.gov/divisions/enforce/enforcementmanual.pdf, §§ 2.5.2 and 2.5.3).

SEC counsel has commenced the process of obtaining final settlement approval and authorization. That process is expected to take approximately 90 days.

In light of these developments, the Parties seek to minimize burden, fees, costs, and/or other expenses of preparation for a jury trial pending the Commission's consideration of the Defendants' proposed settlement.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and through the Parties' respective undersigned counsel of record, that the date for submission of the Pretrial Order, and all other pretrial deadlines established by the local rules and this Court's standing order should be vacated.

//

//

//

Based on the foregoing stipulation and good cause appearing, the Parties respectfully request that the Court enter an order vacating the pretrial dates in this case.

**IT IS SO STIPULATED.**

Dated this 8th day of June, 2026.                    Dated this 8th day of June, 2026.

**SECURITIES AND EXCHANGE**              **GREENBERG TRAURIG, LLP**
**COMMISSION**

*/s/ Ruth C. Pinkel*                                      */s/ Daniel Wadley*
Daniel Blau (Cal. Bar #305008)                Mark E. Ferrario (NV Bar #1625)
Ruth Pinkel (Cal. Bar #164470)                Glenn F. Meier (NV Bar #06059)
Robert Stillwell (Cal. Bar # 308630)         Daniel Wadley (*pro hac vice*)
Donald W. Searles (Cal. Bar # 135705)    Nicholas P. Peterson (*pro hac vice*)
444 S. Flower Street, Suite 900                10845 Griffith Peak Drive, Suite 600
Los Angeles, California 90071                    Las Vegas, NV 89135
*Attorneys for Plaintiff Securities and*       *Attorneys for Defendants John Isaac a/k/a Jon*
*Exchange Commission*                             *Isaac, Live Ventures Incorporated, and*
                                                              *Virland Johnson*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: ___June 17, 2026_____