RUTH C. PINKEL (Cal. Bar No. 164470)
Email: pinkelr@sec.gov
DANIEL BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
DONALD W. SEARLES (Cal. Bar No. 135705)
Email: dsearles@sec.gov
ROBERT STILLWELL (Cal. Bar No. 308630)
Email: stillwellr@sec.gov

Securities and Exchange Commission
Brent Wilner, Associate Director
Stephen Kam, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

*Attorneys for Plaintiff Securities and Exchange Commission*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LIVE VENTURES INCORPORATED; JANONE INC. (f/k/a Appliance Recycling Centers of America, Inc.); JOHN ISAAC a/k/a JON ISAAC; KINGSTON DIVERSIFIED HOLDINGS LLC; and VIRLAND A. JOHNSON,<br><br>Defendants. | Case No. 2:21-cv-01433-JCM-MDC<br><br>**JOINT MOTION FOR ENTRY OF FINAL JUDGMENTS AGAINST DEFENDANTS JOHN ISAAC a/k/a JON ISAAC AND VIRLAND A. JOHNSON** |

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants John Isaac a/k/a Jon Isaac ("Isaac") and Virland A. Johnson ("Johnson") (collectively the "Parties") submit this joint motion for entry of final judgments against Isaac and Johnson pursuant LR 7-1(c) and the Parties' previously filed Stipulation and Proposed Order to Vacate Pretrial Dates (Dkt. 209), which notified the Court that the Parties had reached a settlement in principal. Submitted with this joint motion are the Consent of Defendant Isaac (Exhibit 1), [Proposed] Final Judgment as to Defendant Isaac (Exhibit 2), Consent of Defendant Johnson (Exhibit 3), and [Proposed] Final Judgment as to Defendant Johnson (Exhibit 4).

The Parties respectfully request that the Court grant this joint motion and enter the proposed final judgments against Isaac and Johnson.

Dated this 20th day of August, 2026.

*/s/ Ruth C. Pinkel*
Daniel Blau (Cal. Bar #305008)
Ruth Pinkel (Cal. Bar #164470)
Robert Stillwell (Cal. Bar # 308630)
Donald W. Searles (Cal. Bar # 135705)
444 S. Flower Street, Suite 900
Los Angeles, California 90071
*Attorneys for Plaintiff Securities and Exchange Commission*

Dated this 20th day of August, 2026.

*/s/ Daniel Wadley*
Mark E. Ferrario (NV Bar #1625)
Glenn F. Meier (NV Bar #06059)
Daniel Wadley (*pro hac vice*)
Nicholas P. Peterson (*pro hac vice*)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorneys for Defendants John Isaac a/k/a Jon Isaac, Live Ventures Incorporated, and Virland Johnson*

**IT IS SO ORDERED.**

James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: August 21, 2026