RUTH C. PINKEL (Cal. Bar No. 164470)
Email: pinkelr@sec.gov
DANIEL BLAU (Cal. Bar No. 305008)
Email: blaud@sec.gov
DONALD W. SEARLES (Cal. Bar No. 135705)
Email: dsearles@sec.gov
ROBERT STILLWELL (Cal. Bar No. 308630)
Email: stillwellr@sec.gov

Securities and Exchange Commission
Brent Wilner, Associate Director
Stephen Kam, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

*Attorneys for Plaintiff Securities and Exchange Commission*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

LIVE VENTURES INCORPORATED; JANONE INC. (f/k/a Appliance Recycling Centers of America, Inc.); JOHN ISAAC a/k/a JON ISAAC; KINGSTON DIVERSIFIED HOLDINGS LLC; and VIRLAND A. JOHNSON,

Defendants.

Case No. 2:21-cv-01433-JCM-MDC

**JOINT MOTION TO DISMISS CLAIMS AGAINST DEFENDANT LIVE VENTURES INCORPORATED**

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Live Ventures Incorporated ("LIVE") (together, the "Parties"), by and through their undersigned counsel of record, submit this joint motion dismissing all claims against LIVE in this action. This joint motion is filed pursuant to Fed. R. Civ. P. 41(a)(2) and LR 7-1(c).

The Parties seek the dismissal of Defendant LIVE from this action as part of the final resolution of this action by which the other remaining defendants, John "Jon" Isaac and Virland A. Johnson, have consented to entry of final judgments, filed separately.

Accordingly, the Parties respectfully request that the Court dismiss LIVE from this action.

Dated this 20th day of August, 2026.

*/s/ Daniel Blau*
Daniel Blau (Cal. Bar #305008)
Ruth Pinkel (Cal. Bar #164470)
Robert Stillwell (Cal. Bar # 308630)
Donald W. Searles (Cal. Bar # 135705)
444 S. Flower Street, Suite 900
Los Angeles, California 90071
*Attorneys for Plaintiff Securities and Exchange Commission*

Dated this 20th day of August, 2026.

*/s/ Daniel Wadley*
Mark E. Ferrario (NV Bar #1625)
Glenn F. Meier (NV Bar #06059)
Daniel Wadley (*pro hac vice*)
Nicholas P. Peterson (*pro hac vice*)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Attorneys for Defendants John Isaac a/k/a Jon Isaac, Live Ventures Incorporated, and Virland Johnson*

**IT IS SO ORDERED.**

[signature]
UNITED STATES DISTRICT JUDGE

DATED: August 21, 2026